TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00336-CV

Austin Computer Center North, Inc. and Doesco Computer Systems, Inc., Appellant

v.

Southwestern Bell Yellow Pages, Inc., Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 232,497, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B). 

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Appellants' Motion

Filed: July 24, 1997

Do Not Publish